UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: JOANNE CARUSO

DATE OF PROCEEDINGS: 10/23/2012

TITLE OF CASE:
NEW JERSEY PRESS ASSOCIATION, ET AL.,
    vs.

CIVIL DOCKET #: 12-6353(JAP)

KIM GUADAGNO, ET AL.,

APPEARANCES:
Thomas J. Cafferty, Esquire for plaintiffs
Lauren James Weir, Esquire for plaintiffs
Donna Kelly, Esquire for defendants
Susan Scott, Esquire for defendants

NATURE OF PROCEEDINGS:
Hearing on plaintiff's application for an Order to Show Cause for an issuance of a preliminary injunction against the defendants [#1].

Ordered application Denied.

Order to be submitted by 10/25/2012; case closed.

TIME COMMENCED: 10:00 a.m.
TIME ADJOURNED: 10:45 a.m.
TOTAL TIME: 45 minutes

                                        s/Dana Sledge
                                        Courtroom Deputy